IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-mj-03001-CBS AND 09-mj-01169-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NAJIBULLAH ZAZI

    Defendant.

## MINUTE ORDER

Pursuant to the directions of Magistrate Judge Craig B. Shaffer      Kathy Triplett, Deputy Clerk
September 24, 2009

It is hereby

    ORDERED that a detention hearing will be held in case number 09-mj-03001-CBS on Friday, September 25, 2009, at 9:00 a.m., and an initial appearance in case number 09-mj-01169-CBS for defendant Najibullah Zazi, in Courtroom A-201.